IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY KEVIN SHEA,

      Petitioner,                    No. CIV S-09-1209 JAM EFB P

      vs.

M. MCDONALD,

      Respondent.                ORDER

_____/

      Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner filed his petition on May 4, 2009. Dckt. No. 1. Along with his petition, he filed a motion for stay and abeyance because two of his three claims had not yet been exhausted in state court. Dckt. No. 4. On January 11, 2010, petitioner moved to withdraw his motion for stay and abeyance, asserting that as of November 19, 2009, "all claims have now been fully exhausted in the California Supreme Court," and that the pending motion "has now been rendered moot." Dckt. No. 18. Since the purpose of a stay now appears to be moot, the court will grant petitioner's request.

////

////

////

1

Accordingly, it is hereby ORDERED that:

1. Petitioner's January 11, 2010 motion to withdraw his motion for stay and abeyance is granted.

2. The Clerk of the Court is directed to terminate docket number 4.

DATED: January 25, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2